**No. 11-7338. Christopher Dallum, Petitioner v. United States.**

565 U.S. 1148, 132 S. Ct. 1040, 181 L. Ed. 2d 792, 2012 U.S. LEXIS 516.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7345. Arthur Lee Hairston, Sr., Petitioner v. United States.**

565 U.S. 1148, 132 S. Ct. 1041, 181 L. Ed. 2d 792, 2012 U.S. LEXIS 425.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 421 Fed. Appx. 310.

**No. 11-7457. Robert Smith, Petitioner v. United States.**

565 U.S. 1148, 132 S. Ct. 1051, 181 L. Ed. 2d 792, 2012 U.S. LEXIS 504.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7459. Ramon A. Santos, Petitioner v. J. T. Shartle, Warden.**

565 U.S. 1148, 132 S. Ct. 1052, 181 L. Ed. 2d 792, 2012 U.S. LEXIS 447.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-7508. Manuel De Jesus Hernandez-Hernandez, Petitioner v. United States.**

565 U.S. 1149, 132 S. Ct. 1055, 181 L. Ed. 2d 792, 2012 U.S. LEXIS 524.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 437 Fed. Appx. 320.

**No. 11-7530. Alfredo Digno Meza, Petitioner v. Donna Zickefoose, Warden.**

565 U.S. 1149, 132 S. Ct. 1057, 181 L. Ed. 2d 792, 2012 U.S. LEXIS 420.

**No. 11-7534. Demauriae Nolan, Petitioner v. United States.**

565 U.S. 1149, 132 S. Ct. 1058, 181 L. Ed. 2d 792, 2012 U.S. LEXIS 414.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 443 Fed. Appx. 259.